LAFAYETTE MANAGEMENT CORP., Appellant, v. WALDVOGEL BROS., INC., Respondent

Beldock, P. J., Ughetta, Rabin, Benjamin and Nolan, JJ., concur.

ANDREA LAKE, an Infant, by Her Guardian DOLORES LAKE, Respondent, v. ST. FRANCIS CARDIAC HOSPITAL, Appellant.

Brennan, Acting P. J., Rabin, Hopkins and Nolan, JJ., concur; Benjamin, J., dissents and votes to affirm the judgment, with the following memorandum: The jury awarded $45,000 to this infant plaintiff for a linear skull fracture and brain damage which aggravated a pre-existing mental retardation. In my opinion, this award is not at all excessive. I see no basis for disturbing the verdict of the jury. If no residuals remained from the linear fracture, the reduced verdict of $25,000 is excessive. If, as my colleagues say, there was at least an aggravation of a mentally retarded state, the award of $45,000 may well be inadequate.